# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIS WESLEY ALLEN,<br><br>            Petitioner,<br><br>   v.<br><br>JOHN MARSHALL, Warden,<br><br>            Respondent. | Case No. EDCV 08-1780-JVS (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 7, 2011

                                                  JAMES V. SELNA<br>
                                    UNITED STATES DISTRICT JUDGE